NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOOBLES, LLC d/b/a/ JOOBLES TRADING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECT CLEANERS SUPPLY, INC.; CSD GULF, INC. D/B/A/ DIRECT CLEANERS SUPPLY; JNS INVESTMENTS, INC.. D/B/A EAGLE POLY; NHAM TRAN, INDIVIDUALLY; SON HA, INDIVIDUALLY,<br><br>　　　　　Defendants. | Civil Action No.  14-cv-3792<br><br>(SDW) (SCM)<br><br><br>ORDER<br><br><br><br>May 20, 2015 |

**WIGENTON**, District Judge.

　　Before this Court is the Report and Recommendation filed on March 10, 2015 ("R&R") by Magistrate Judge Steven C. Mannion ("Magistrate Judge Mannion"), recommending that Defendant Son Ha's motion to dismiss for lack of jurisdiction ("Motion to Dismiss")[1] be **DENIED**. (Dkt. No. 35.)  No objections have been filed to the R&R.

　　This Court has reviewed the reasons set forth by Magistrate Judge Mannion in the R&R and the other documents in this matter.

　　As such, this Court will hereby vacate the default judgment entered against Defendant Ha.

　　Based on the foregoing, and for good cause shown, it is also hereby

　　**ORDERED** that the R&R of Magistrate Judge Mannion (Dkt. No. 35) is **ADOPTED**, as modified, as the conclusions of law of this Court.

---

[1] This Motion to Dismiss was filed by JNS Investments, Inc. ("JNS") and Son Ha; however, JNS is not represented by counsel in this matter, and as corporations may not appear *pro se*, Magistrate Judge Mannion terminated the Motion to Dismiss with respect to JNS. (*See* Dkt. Nos. 19, 31.)

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc: Parties
     Magistrate Judge Mannion